# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN MENJIVAR GUARDADO, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:20-cv-00716-WBS (ACx)<br><br>*Assigned to Hon. William B. Shubb*<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Trial Date:  None |

Pursuant to the parties' Stipulation, Defendant shall file its response to the Plaintiff's First Amended Complaint on or before May 26, 2020.

**IT IS SO ORDERED.**

Dated: May 13, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE